Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.:  14−10843−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keyarrow A Davis
   48 Hillcrest Ave
   Edison, NJ 08817

Social Security No.:
   xxx−xx−9090

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 15, 2019</u>               <u>Michael B. Kaplan</u>
                                         Judge, United States Bankruptcy Court