Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−10843−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Keyarrow A Davis
    48 Hillcrest Ave
    Edison, NJ 08817

Social Security No.:
    xxx−xx−9090

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 15, 2019
JAN: pbf

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-10843-MBK
Keyarrow A Davis                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 4               Date Rcvd: Jul 16, 2019
                              Form ID: cscnodsc           Total Noticed: 152

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db           +Keyarrow A Davis,    48 Hillcrest Ave,    Edison, NJ 08817-3730
cr           +Chase Record Center,    700 Kansas Lane,    Monroe, LA 71203-4774
514477179     ACB RECIEVEABLES MANAGEMENT,    PO BOX 360,    Asbury Park, NJ 07712
514477182     ACS,    501 B S,    Utica, NY 13501
514477184    +AMERICREDIT FINANCIAL,    1975 SOUTH PRICE RD,    Chandler, AZ 85286-6605
514477185     AMS Education Loan Trust/Wilming,    PO BOX 9425,    Wilkes Barre, PA 18773-9425
514477186     ASPEN MASTERCARD SERVICES,    PO BOX 790215,    Saint Louis, MO 63179
514477181    +Accurate Diagnostic Labs, Inc.,    180-184 Lincoln HWY RT27,    Edison, NJ 08820-3551
514477247    +Associated Radiologists,    MICHEAL HARRISON ESQ,    3155 ROUTE 10 EAST,    SUITE 214,
               Denville, NJ 07834-3430
514477188   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,      PO BOX 982235,    El Paso, TX 79998)
514477190    +BETH ISREAL-WOODBRIDGE,    PO BOX 706,    Woodbridge, NJ 07095-0706
514477191    +BI-WMG Cemeteries,    PO BOX 706,    Woodbridge, NJ 07095-0706
514477193     BUREAU OF ACCOUNTS CONTROL,    3601 US HIGHWAY 9,    Howell, NJ 07731-3395
514477192     Brunswick Bank  Trust,    PO BOX 29,    New Brunswick, NJ 08903-0029
514477196    +CHASE,    PO BOX 24696,    Columbus, OH 43224-0696
514477197   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: CHRYSLER FINANCIAL,      1 BLUE HILL PLAZA,    SUITE 15,
               Pearl River, NY 10965)
514477199    +COLLECTION COMPANY OF AMERICA,    700 LONGWATER DR,    Norwell, MA 02061-1796
514477200    +COLLECTION RECOVERY BUREAU,    5834 MONROE STREET,    SUITE A142,    Sylvania, OH 43560-2267
514477201    +CONSERVE,    200 CROSS KEYS OFFICE PARK,    Fairport, NY 14450-3510
514477202    +CRB,    135 VALLECITOS DE ORO,    SUITE G,    San Marcos, CA 92069-1461
514477204    +CREDITORS FINANCIAL GROUP,    3131 SOUTH VAUGHN WAY,    SUITE 110,    Aurora, CO 80014-3501
514477205    +DEMG,    PO BOX 8348,    Van Nuys, CA 91409-8348
514477209    +DIVERSIFIED ADJUSTMENTS SERVICE,    600 COON RAPIDS BLVD,    COON RAPIDS, MN 55433-5549
514477207     Deputy Clerk of the Superior Court,    Administration Building Third Floor,     1 Kennedy Square,
               PO BOX 2633,    New Brunswick, NJ 08903-2633
514477211    +EDFINANCIAL/NELNET,    120 N SEVEN OAKS DR,    Knoxville, TN 37922-2359
514477210     EDFinancial Services,    PO BOX 36014,    Knoxville, TN 37930-6014
514477212    +EDISON IMAGING CENTER,    3900 PARK AVE,    SUITE 107,    Edison, NJ 08820-3063
514477214     EMERGENCY PHYSICIANS AT RARITAN BAY, INC,    PERTH AMBOY DIVISION,    PO BOX 7780-4759,
               Philadelphia, PA 19182-4759
514477215    +EOS CCA,    700 LONGWATER DR,    Norwell, MA 02061-1624
514511237     Edfinancial Services on behalf of ECMC,    Educational Credit Management Corporatio,
               Lockbox 8682, P.O. Box 75848,    St. Paul, MN 55175-0848
514477213     Edison Water Company,    Customer Service Center,    PO BOX 578,    Alton, IL 62002-0578
514477217    +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    Sioux Falls, SD 57104-4868
514477219    +FORD MOTOR CREDIT,    PO BOX 542000,    Omaha, NE 68154-8000
514477220    +FORD MOTOR CREDIT,    PO BOX 54200,    Omaha, NE 68154-8000
514477218    +First Premiere Bank,    601 S MINNESOTA AVE,    Sioux Falls, SD 57104-4824
514477221     GC SERVICES LIMITED PARTNERSHIP,    COLLECTION AGENCY DIVISION,    GULFTON, TX 77081
514477225    +GM FINANCIAL,    PO BOX 181145,    Arlington, TX 76096-1145
514477223     Geico Indemnity Company,    Regional Office,    One Geico Center,    Macon, GA 31296-3730
514477226    +GoldmaN & Warshaw, P.C.,    34 Maple Ave,    Suite 101,    Pine Brook, NJ 07058-9394
514495151    +HESAA,    PO BOX 548,    TRENTON, NJ 08625-0548
514477227    +HSBC BANK,    PO BOX 5253,    Carol Stream, IL 60197-5253
514477228    +IC SYSTEM INC,    PO BOX 64378,    Saint Paul, MN 55164-0378
514477229     IMBS,    PO BOX 189053,    PLANTATION, FL 33318-9053
514477230    +J.P. Fortier & Sons, INC,    PO BOX 111,    Perth Amboy, NJ 08862-0111
514477234     JFK Medical Center,    PO BOX 18007,    Newark, NJ 07191-8007
514477231    +James R Hoppe LLC,    273 Durham Ave,    South Plainfield, NJ 07080-2504
514477235    +Jonathan Neil & Associates, INC,    131-A Stony Circle,    Suite 500,    Santa Rosa, CA 95401-9507
514477238    +LIBERTY MUTUAL GROUP, INC,    175 BERKELEY STREET,    Boston, MA 02116-3350
514477239    +LONG BEACH ACCEPTANCE,    801 CHERRY ST,    STE 3900,    Fort Worth, TX 76102-6839
514477237     Laboratory Corporation of America,    PO BOX 2240,    Burlington, NC 27216-2240
514509812    +Lisa K. Jenkins, Asst. Attorney General,    300 West Preston Street, Room 407,
               Baltimore, Maryland 21201-2309
514477243    +MERCHANTS' CREDIT GUIDE CO.,    EXECUTIVE OFFICES,    223 W. JACKSON BLVD,
               Chicago, IL 60606-6914
514477246    +MERCURY INSURANCE FROUP,    1901 ULMERTON RD,    Clearwater, FL 33762-2300
514477248    +MIDDLESEX COUNTY COURTHOUSE,    56 PATERSON ST,    New Brunswick, NJ 08901-2014
514477250    +MIDDLESEX COUNTY SPECIAL,    1 JFK SQ FL 3,    New Brunswick, NJ 08901-2149
514477251    +MIDDLESEX COUNTY SUPERIOR COURT,    56 PATERSON ST.,    New Brunswick, NJ 08901-2014
514477254    +MIDLAND MTG/MIDFIRST,    PO BOX 268959,    Oklahoma City, OK 73126-8959
514477255     MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
514477256    +MOHELA/MISSOURI STUDENT LOANS,    633 SPIRIT DR,    Chesterfield, MO 63005-1243
514477259    +MOTORS FINANCIAL ACCEPTANCE,    100 US HIGHWAY 1,    Avenel, NJ 07001-1630
514477258     MOTORS FINANCIAL ACCEPTANCE,    ROUTE ONE MAZDA,    100 US ROUTE 1,    Avenel, NJ 07001
514477241    +Medical Diagnostic Associates, P.A.,    77 Brant Avenue,    Clark, NJ 07066-1540
514477242    +Medical Diagnostic Associates, P.A.,    77 Brant Avenue,    Suite 200,    Clark, NJ 07066-1540
514477244    +Mercury Casualty,    PO BOX 5600,    Rancho Cucamonga, CA 91729-5600
514477245     Mercury Indemnity CO of America,    PO BOX 11995,    Santa Ana, CA 92711-1995
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: Jul 16, 2019
                              Form ID: cscnodsc        Total Noticed: 152

514787061     +MidFirst Bank,    Attn: Bankruptcy Dept.,    999 NW Grand Boulevard,
               Oklahoma City, OK 73118-6051
514477249     +Middlesex County Sheriff's Office,    701 Livingston Avenue,   Division of Investigations,
               New Brunswick, NJ 08901-3345
514995959     +Midland Mortgage aka Midfirst Bank,    Attn: Bankruptcy Dept,   999 NW Grand Blvd.,
               Oklahoma City, OK 73118-6051
514477253     +Midland Mortgate Deliquency Assistance,    PO BOX 268806,   Oklahoma City, OK 73126-8806
514788585     +Motor Financial Acceptance Corp.,    PO Box 678,   Brick, NJ 08723-0678
514477261     +NBIMC Dept of OBSTETRICS & GYNEC,    PO BOX 8000,   Dept 584,   Buffalo, NY 14267-0002
514477262     +NCO FINANCIAL SYSTEMS, INC.,    500 N FRANKLIN TURNPIKE,   Ramsey, NJ 07446-1178
514477264     +NEW CENTURY FINANCIAL SERVICES INC,    7 Entin Road,   Parsippany, NJ 07054-5020
514477266     +NEW JERSEY RE-INSURANCE CO,    301 SULLIVAN WAY,   West Trenton, NJ 08628-3498
514772206     +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,   7 Entin Road,
               Parsippany NJ 07054-5020
514477265    #+New Jersey American Water,    10 25 Laurel Oak Road,   Voorhees, NJ 08043-3506
514477267     +North Shore Agency,    4000 East Fifth Avenue,   Columbus, OH 43219-1811
514477269     +Oral Surgery Group, P.A.,    109 Livingston Avenue,   New Brunswick, NJ 08901-2496
514477270     +PAUL MICHEAL MARKETING,    159-16 UNION TURNPIKE,    #302,   FLUSHING, NY 11366-1955
514477271     +PEDIATRIC ASSOC OF CENTRAL NJ,PA,    326 MAIN STREET,   Metuchen, NJ 08840-2493
514477272     +PEMCARE LLC- Gary J Misko JR,    259 Talmadge Road,   Edison, NJ 08817-2833
514477273     +PEOPLE'S BANK,    PO BOX 1750,   Paris, TX 75461-1750
514477275     +PRO-MED ASSOCIATES,    COLLECTION AGENCY,   PO BOX 2546,   Fair Lawn, NJ 07410-8446
514477276      PROVIDIAN FINANCIAL,    201 MISSION ST,   San Francisco, CA 94105-1831
514477277      PSE&G CO,    PO BOX 14444,   New Brunswick, NJ 08906-4444
514477278      Quest Diagnostics Incorporated,    PO BOX 71304,   Philadelphia, PA 19176-1304
514477280      RARITAN BAY MEDICAL CENTER A56,    530 NEW BRUNSWICK AVE,    Perth Amboy, NJ 08861-3685
514477281     +REDLINE RECOVERY SERVICES,LLC,    6201 BONHOMME ST.,    SUITE 100S,   Houston, TX 77036-4379
514477282     +REMEX INC,    307 WALL ST,   Princeton, NJ 08540-1515
514477284     +REWARD660-DSB,    211 N MAIN,    Blunt, SD 57522-2022
514477286     +RISK MANAGEMENT ALTERNATIVES, INC,    802 E. MARTINTOWN ROAD,   SUITE 201,
               North Augusta, SC 29841-5352
514477285     +Rickart Collection Systms, INC,    PO BOX 7242,   North Brunswick, NJ 08902-7242
514477291      SALUTE,    PO BOX 105341,   Atlanta, GA 30348-5341
514477292     +SALUTE/URBAN TRUST BANK,    PO BOX 105555,   Atlanta, GA 30348-5555
514477293     +SARATHBABU YADDANAPUDI,    209 Highway 18 South,    East Brunswick, NJ 08816-1413
514477296      SPLIT ROCK DENTAL,    D.B.A. DENTAL PLUS,   775 ROUTE ONE SOUTH,   Edison, NJ 08817-4679
514477299     +STATE OF MARYLAND,    COLLECTION UNIT,   300 W PRESTON ST,    STE 503,   Baltimore, MD 21201-2308
514477294      Sears Credit Cards,    PO BOX 6283,   Sioux Falls, SD 57117-6283
514477300      State of NJ Dept of Labor & Workforce,    PO BOX 951,   Trenton, NJ 08625-0951
514477301      Stephen R. Philpitt,    Suite B,   15 East Railroad Avenue,    Jamesburg, NJ 08831-1499
514477302      Superior Court of New Jersey,    Special Civil Part,    c/o GUY M. JENSEN, CONSTABLE,
               PO BOX 217,    New Brunswick, NJ 08903
514477306      TRANS-CONTINENTAL CREDIT AND COLLECTION,    PO BOX 5055,   White Plains, NY 10602-5055
514477307     +TRIBUTE/FBOD,    PO BOX 105555,   Atlanta, GA 30348-5555
514477308     +TrueGreen Co,    117 Corporate Blvd.,   South Plainfield, NJ 07080-2409
514477309      UNIVERSITY BEHAVIORAL HEALTHCARE,    DEPARTMENT 523,    PO BOX 11679,   Newark, NJ 07101-4679
514477313     +US Asset Management INC,    700 LONGWATER DRIVE,    Norwell, MA 02061-1624
514477312      University Radiology Group, PC,    PO BOX 1075,   East Brunswick, NJ 08816-1075
514477314     +VERIZON,    PO BOX 11325,   Saint Petersburg, FL 33733-1325
514477315     +WASHINGTON MUTUAL BANK,    270 BROADWAY,   FRNT A,    New York, NY 10007-2341
514477318     +WYSE FINANCIAL SERVICES, INC,    3410 S GALENA ST.,    #250,   Denver, CO 80231-5580
514477316     +Wells Fargo,    PO BOX 348750,   Sacramento, CA 95834-8750
514783857     +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
514786041     +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
514477317     +William W. Seigal & Associates,    7 Penn Plaza,   Suite 1500,   New York, NY 10001-3922
514477319     +Zahra J Abdi, MD PA,    100 Dey Place,   Edison, NJ 08817-3700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 00:25:59     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 00:25:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514477180      E-mail/Text: bankruptcy@accountcontrol.com Jul 17 2019 00:26:45     ACCOUNT CONTROL TECHNOLOGY,
               6918 OWENSMOUTH AVE,    PO BOX 8012,    DEPT. 881819-NTC3,   Canoga Park, CA 91309-8012
514477184     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2019 00:25:26     AMERICREDIT FINANCIAL,
               1975 SOUTH PRICE RD,    Chandler, AZ 85286-6605
514477187      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 17 2019 00:25:54
               ASSET ACCEPTANCE CAPITAL CORP.,    PO BOX 2036,   Warren, MI 48090-2036
514568294      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 00:37:12
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
514493649      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 00:37:11
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
514477183     +E-mail/Text: bkrpt@retrievalmasters.com Jul 17 2019 00:25:55
               American Medical Collection Agency,    4 Westchester Plaza, Building 4,
               Elmsford, NY 10523-1615
514477194     +E-mail/Text: bcwrtoff@cablevision.com Jul 17 2019 00:26:42     CABLEVISION,
               6 CORPORATE CENTER DRIVE,    Melville, NY 11747-3845
```

```
District/off: 0312-3          User: admin                  Page 3 of 4                   Date Rcvd: Jul 16, 2019
                              Form ID: cscnodsc            Total Noticed: 152


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514477198      +E-mail/Text: g20956@att.com Jul 17 2019 00:26:31      CINGULAR WIRELESS,    9020 N. MAY AVE,
                 #250-NYC,   Oklahoma City, OK 73120-4406
514477203       E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 17 2019 00:26:42
                 CREDIT COLLECTION SERVICES,    PO BOX 9134,   Needham Heights, MA 02494-9134
514477206      +E-mail/PDF: pa_dc_ed@navient.com Jul 17 2019 00:39:22      DEPT OF EDUCATION/SALLIE MAE,
                 PO BOX 9635,   Wilkes Barre, PA 18773-9635
514477208      +E-mail/Text: bankruptcynotices@devry.edu Jul 17 2019 00:26:29      DEVRY UNIVERSITY,
                 ONE TOWER LANE,   SUITE 1160,    OAKBROOK TERRACE, IL 60181-4625
514477216      +E-mail/Text: bankruptcy@fncbinc.com Jul 17 2019 00:24:03
                 FIRST NATIONAL COLLECTION BUREAU, INC,    610 WALTHAM WAY,   Sparks, NV 89437-6695
514477222       E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 00:36:42      GE MONEY BANK,   PO BOX 981127,
                 El Paso, TX 79998-1127
514477224      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 00:37:45      GERCB/CARE CREDIT,
                 C/O PO BOX 965036,    Orlando, FL 32896-0001
514477225      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2019 00:25:26      GM FINANCIAL,
                 PO BOX 181145,   Arlington, TX 76096-1145
514477232       E-mail/Text: collections@jeffersonassociates.com Jul 17 2019 00:26:06      JEFFERSON ASSOCIATES,
                 3 CORAL STREET,    Edison, NJ 08837-3242
514477233       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2019 00:26:12      JEFFERSON CAPITAL SYSTEMS,
                 16 MCLELAND RD,    Saint Cloud, MN 56303
514494974       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2019 00:26:12      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
514477239      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2019 00:25:26      LONG BEACH ACCEPTANCE,
                 801 CHERRY ST,   STE 3900,    Fort Worth, TX 76102-6839
514477252      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2019 00:25:55      MIDLAND CREDIT MANAGEMENT,
                 8875 AERO DR,   San Diego, CA 92123-2255
514477260      +E-mail/Text: cedwards@ncsplus.com Jul 17 2019 00:25:25      NATIONAL CREDIT SYSTEM,
                 117 E 24TH ST,   5TH FL,    New York, NY 10010-2937
514477263      +E-mail/PDF: bankruptcy@ncfsi.com Jul 17 2019 00:37:00      NEW CENTURY FINANCIAL SERVICES,
                 110 SOUTH JEFFERSON ROAD,    SUITE 104,   Whippany, NJ 07981-1038
514895517       E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 00:39:21      Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,   Wilkes-Barre, PA   18773-9635
514477274       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 00:38:07
                 PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,   STE 100,   Norfolk, VA 23502
514739881      +E-mail/Text: csidl@sbcglobal.net Jul 17 2019 00:26:23      Premier BankCard/Charter,
                 PO Box 2208,   Vacaville, CA 95696-8208
514477279      +E-mail/Text: BKMailbox@QVC.com Jul 17 2019 00:24:09      QVC,    1200 WILSON DR,
                 West Chester, PA 19380-4262
514477287      +E-mail/Text: bankruptcy@savit.com Jul 17 2019 00:26:46      SA-VIT ENTERPRISES,    46 W FERRIS ST,
                 East Brunswick, NJ 08816-2159
514477290      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 00:39:21      SALLIE MAE,    11100 USA PKWY,
                 Fishers, IN 46037-9203
514477295      +E-mail/Text: DeftBkr@santander.us Jul 17 2019 00:25:52      SOVEREIGN BANK,    PO BOX 12646,
                 Reading, PA 19612-2646
514538238       E-mail/Text: appebnmailbox@sprint.com Jul 17 2019 00:25:54      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
514477303      +E-mail/Text: utcfsbilling@fs.utc.com Jul 17 2019 00:25:58      SUPRA,
                 4001 FAIRVIEW INDUSTRIAL DRIVE SE,    Salem, OR 97302-1399
514477289       E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 00:38:09      Sallie Mae,   PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
514477288      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 00:37:00      Sallie Mae,    11100 USAA PKWY,
                 Fishers, IN 46037-9203
514477297       E-mail/Text: appebnmailbox@sprint.com Jul 17 2019 00:25:54      Sprint,    PO BOX 7993,
                 Overland Park, KS 66207-0993
514477298       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jul 17 2019 00:26:11      State Farm,
                 Insurance Support Center,    PO BOX 588002,   North Metro, GA 30029-8002
514477304       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jul 17 2019 00:37:44
                 T-Mobile Customer Relations,    PO BOX 37380,   Albuquerque, NM 87176-7380
514477305       E-mail/Text: bankruptcy@td.com Jul 17 2019 00:26:02      TD Bank, N.A.,    PO BOX 1377,
                 Lewiston, ME 04243-1377
514477310      +E-mail/Text: External.Collections@phoenix.edu Jul 17 2019 00:26:35      UNIVERSITY OF PHOENIX,
                 4615 E ELWOOD ST FL 3,    Phoenix, AZ 85040-1950
                                                                                              TOTAL: 40

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, NA
514477236      KB&T
514477311      University Radiology
514477283*     REMEX, INC,   307 WALL ST,   Princeton, NJ 08540-1515
514477189     ##Benefits Concepts,   PO BOX 246,   Barrington, RI 02806-0246
514477195     ##CCA,   PO BOX 5012,   Norwell, MA 02061-5012
514477240    ##+MALCOM S. GERALD AND ASSOCIATES, INC.,   332 South Michigan Ave,   Suite 600,
                 Chicago, IL 60604-4318
514477257     ##MONARCH RECOVERY MANAGEMENT, INC,   10965 Decatur Road,   Philadelphia, PA 19154-3210
514477268    ##+Nudelman, Klemm & Golub, P.C.,   425 Eagle Rock Ave.,   Suite 403,   Roseland, NJ 07068-1787
                                                                                   TOTALS: 3, * 1, ## 5
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 16, 2019
                              Form ID: cscnodsc        Total Noticed: 152
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Keyarrow A Davis douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7