**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keyarrow A Davis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9090<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–10843–MBK | |

# Order of Discharge                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Keyarrow A Davis

3/11/21                                               **By the court:** Michael B. Kaplan
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 14-10843-MBK
Keyarrow A Davis                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 6
Date Rcvd: Mar 11, 2021                       Form ID: 3180W                       Total Noticed: 153

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++        Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keyarrow A Davis, 48 Hillcrest Ave, Edison, NJ 08817-3730 |
| 514477179 | | ACB RECIEVEABLES MANAGEMENT, PO BOX 360, Asbury Park, NJ 07712 |
| 514477182 | | ACS, 501 B S, Utica, NY 13501 |
| 514477185 | | AMS Education Loan Trust/Wilming, PO BOX 9425, Wilkes Barre, PA 18773-9425 |
| 514477186 | | ASPEN MASTERCARD SERVICES, PO BOX 790215, Saint Louis, MO 63179 |
| 514477181 | + | Accurate Diagnostic Labs, Inc., 180-184 Lincoln HWY RT27, Edison, NJ 08820-3551 |
| 514477247 | + | Associated Radiologists, MICHEAL HARRISON ESQ, 3155 ROUTE 10 EAST, SUITE 214, Denville, NJ 07834-3430 |
| 514477190 | + | BETH ISREAL-WOODBRIDGE, PO BOX 706, Woodbridge, NJ 07095-0706 |
| 514477191 | + | BI-WMG Cemeteries, PO BOX 706, Woodbridge, NJ 07095-0706 |
| 514477193 | | BUREAU OF ACCOUNTS CONTROL, 3601 US HIGHWAY 9, Howell, NJ 07731-3395 |
| 514477189 | | Benefits Concepts, PO BOX 246, Barrington, RI 02806-0246 |
| 514477192 | | Brunswick Bank Trust, PO BOX 29, New Brunswick, NJ 08903-0029 |
| 514477199 | + | COLLECTION COMPANY OF AMERICA, 700 LONGWATER DR, Norwell, MA 02061-1796 |
| 514477200 | + | COLLECTION RECOVERY BUREAU, 5834 MONROE STREET, SUITE A142, Sylvania, OH 43560-2267 |
| 514477201 | + | CONSERVE, 200 CROSS KEYS OFFICE PARK, Fairport, NY 14450-3510 |
| 514477202 | + | CRB, 135 VALLECITOS DE ORO, SUITE G, San Marcos, CA 92069-1461 |
| 514477204 | + | CREDITORS FINANCIAL GROUP, 3131 SOUTH VAUGHN WAY, SUITE 110, Aurora, CO 80014-3501 |
| 514477205 | + | DEMG, PO BOX 8348, Van Nuys, CA 91409-8348 |
| 514477209 | + | DIVERSIFIED ADJUSTMENTS SERVICE, 600 COON RAPIDS BLVD, COON RAPIDS, MN 55433-5549 |
| 514477207 | | Deputy Clerk of the Superior Court, Administration Building Third Floor, 1 Kennedy Square, PO BOX 2633, New Brunswick, NJ 08903-2633 |
| 514477211 | + | EDFINANCIAL/NELNET, 120 N SEVEN OAKS DR, Knoxville, TN 37922-2359 |
| 514477210 | | EDFinancial Services, PO BOX 36014, Knoxville, TN 37930-6014 |
| 514477212 | + | EDISON IMAGING CENTER, 3900 PARK AVE, SUITE 107, Edison, NJ 08820-3063 |
| 514477214 | | EMERGENCY PHYSICIANS AT RARITAN BAY, INC, PERTH AMBOY DIVISION, PO BOX 7780-4759, Philadelphia, PA 19182-4759 |
| 514477215 | + | EOS CCA, 700 LONGWATER DR, Norwell, MA 02061-1624 |
| 514511237 | | Edfinancial Services on behalf of ECMC, Educational Credit Management Corporatio, Lockbox 8682, P.O. Box 75848, St. Paul, MN 55175-0848 |
| 514477213 | | Edison Water Company, Customer Service Center, PO BOX 578, Alton, IL 62002-0578 |
| 514477221 | | GC SERVICES LIMITED PARTNERSHIP, COLLECTION AGENCY DIVISION, GULFTON, TX 77081 |
| 514477226 | ++++ | GOLDMAN & WARSHAW, P.C., 34 MAPLE AVE STE 101, PINE BROOK NJ 07058-9394 address filed with court:, GoldmaN & Warshaw, P.C., 34 Maple Ave, Suite 101, Pine Brook, NJ 07058 |
| 514477223 | | Geico Indemnity Company, Regional Office, One Geico Center, Macon, GA 31296-3730 |
| 514495151 | + | HESAA, PO BOX 548, TRENTON, NJ 08625-0548 |
| 514477229 | | IMBS, PO BOX 189053, PLANTATION, FL 33318-9053 |
| 514477230 | + | J.P. Fortier & Sons, INC, PO BOX 111, Perth Amboy, NJ 08862-0111 |
| 514477234 | | JFK Medical Center, PO BOX 18007, Newark, NJ 07191-8007 |
| 514477231 | + | James R Hoppe LLC, 273 Durham Ave, South Plainfield, NJ 07080-2504 |
| 514477235 | + | Jonathan Neil & Associates, INC, 131-A Stony Circle, Suite 500, Santa Rosa, CA 95401-9507 |
| 514477238 | + | LIBERTY MUTUAL GROUP, INC, 175 BERKELEY STREET, Boston, MA 02116-3350 |

| | | |
|---|---|---|
| 514477237 | | Laboratory Corporation of America, PO BOX 2240, Burlington, NC 27216-2240 |
| 514509812 | + | Lisa K. Jenkins, Asst. Attorney General, 300 West Preston Street, Room 407, Baltimore, Maryland 21201-2309 |
| 514477243 | + | MERCHANTS' CREDIT GUIDE CO., EXECUTIVE OFFICES, 223 W. JACKSON BLVD, Chicago, IL 60606-6914 |
| 514477246 | + | MERCURY INSURANCE FROUP, 1901 ULMERTON RD, Clearwater, FL 33762-2326 |
| 514477248 | + | MIDDLESEX COUNTY COURTHOUSE, 56 PATERSON ST, New Brunswick, NJ 08901-2014 |
| 514477250 | + | MIDDLESEX COUNTY SPECIAL, 1 JFK SQ FL 3, New Brunswick, NJ 08901-2149 |
| 514477251 | + | MIDDLESEX COUNTY SUPERIOR COURT, 56 PATERSON ST., New Brunswick, NJ 08901-2014 |
| 514477255 | | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 514477256 | + | MOHELA/MISSOURI STUDENT LOANS, 633 SPIRIT DR, Chesterfield, MO 63005-1243 |
| 514477258 | | MOTORS FINANCIAL ACCEPTANCE, ROUTE ONE MAZDA, 100 US ROUTE 1, Avenel, NJ 07001 |
| 514477259 | + | MOTORS FINANCIAL ACCEPTANCE, 100 US HIGHWAY 1, Avenel, NJ 07001-1630 |
| 514477241 | #+ | Medical Diagnostic Associates, P.A., 77 Brant Avenue, Clark, NJ 07066-1540 |
| 514477242 | #+ | Medical Diagnostic Associates, P.A., 77 Brant Avenue, Suite 200, Clark, NJ 07066-1540 |
| 514477244 | + | Mercury Casualty, PO BOX 5600, Rancho Cucamonga, CA 91729-5600 |
| 514477245 | | Mercury Indeminity CO of America, PO BOX 11995, Santa Ana, CA 92711-1995 |
| 514477249 | + | Middlesex County Sheriff's Office, 701 Livingston Avenue, Division of Investigations, New Brunswick, NJ 08901-3345 |
| 514477253 | + | Midland Mortgate Deliquency Assistance, PO BOX 268806, Oklahoma City, OK 73126-8806 |
| 514788585 | + | Motor Financial Acceptance Corp., PO Box 678, Brick, NJ 08723-0678 |
| 514477261 | + | NBIMC Dept of OBSTETRICS & GYNEC, PO BOX 8000, Dept 584, Buffalo, NY 14267-0002 |
| 514477262 | + | NCO FINANCIAL SYSTEMS, INC., 500 N FRANKLIN TURNPIKE, Ramsey, NJ 07446-1178 |
| 514477264 | + | NEW CENTURY FINANCIAL SERVICES INC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 514477266 | + | NEW JERSEY RE-INSURANCE CO, 301 SULLIVAN WAY, West Trenton, NJ 08628-3498 |
| 514772206 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 514477267 | + | North Shore Agency, 4000 East Fifth Avenue, Columbus, OH 43219-1811 |
| 514477268 | + | Nudelman, Klemm & Golub, P.C., 425 Eagle Rock Ave., Suite 403, Roseland, NJ 07068-1717 |
| 514477269 | + | Oral Surgery Group, P.A., 109 Livingston Avenue, New Brunswick, NJ 08901-2496 |
| 514477270 | #+ | PAUL MICHEAL MARKETING, 159-16 UNION TURNPIKE, #302, FLUSHING, NY 11366-1955 |
| 514477271 | + | PEDIATRIC ASSOC OF CENTRAL NJ,PA, 326 MAIN STREET, Metuchen, NJ 08840-2493 |
| 514477272 | + | PEMCARE LLC- Gary J Misko JR, 259 Talmadge Road, Edison, NJ 08817-2833 |
| 514477273 | + | PEOPLE'S BANK, PO BOX 1750, Paris, TX 75461-1750 |
| 514477275 | + | PRO-MED ASSOCIATES, COLLECTION AGENCY, PO BOX 2546, Fair Lawn, NJ 07410-8446 |
| 514477277 | | PSE&G CO, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 514477278 | | Quest Diagnostics Incorporated, PO BOX 71304, Philadelphia, PA 19176-1304 |
| 514477280 | | RARITAN BAY MEDICAL CENTER A56, 530 NEW BRUNSWICK AVE, Perth Amboy, NJ 08861-3685 |
| 514477281 | + | REDLINE RECOVERY SERVICES,LLC, 6201 BONHOMME ST., SUITE 100S, Houston, TX 77036-4379 |
| 514477282 | + | REMEX INC, 307 WALL ST, Princeton, NJ 08540-1515 |
| 514477284 | + | REWARD660-DSB, 211 N MAIN, Blunt, SD 57522-2022 |
| 514477286 | + | RISK MANAGEMENT ALTERNATIVES, INC, 802 E. MARTINTOWN ROAD, SUITE 201, North Augusta, SC 29841-5352 |
| 514477285 | + | Rickart Collection Systms, INC, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 514477291 | | SALUTE, PO BOX 105341, Atlanta, GA 30348-5341 |
| 514477292 | + | SALUTE/URBAN TRUST BANK, PO BOX 105555, Atlanta, GA 30348-5555 |
| 514477293 | + | SARATHBABU YADDANAPUDI, 209 Highway 18 South, East Brunswick, NJ 08816-1413 |
| 514477296 | | SPLIT ROCK DENTAL, D.B.A. DENTAL PLUS, 775 ROUTE ONE SOUTH, Edison, NJ 08817-4679 |
| 514477299 | + | STATE OF MARYLAND, COLLECTION UNIT, 300 W PRESTON ST, STE 503, Baltimore, MD 21201-2308 |
| 514477303 | + | SUPRA, 4001 FAIRVIEW INDUSTRIAL DRIVE SE, Salem, OR 97302-1399 |
| 514477300 | | State of NJ Dept of Labor & Workforce, PO BOX 951, Trenton, NJ 08625-0951 |
| 514477301 | | Stephen R. Philpitt, Suite B, 15 East Railroad Avenue, Jamesburg, NJ 08831-1499 |
| 514477302 | | Superior Court of New Jersey, Special Civil Part, c/o GUY M. JENSEN, CONSTABLE, PO BOX 217, New Brunswick, NJ 08903 |
| 514477306 | | TRANS-CONTINENTAL CREDIT AND COLLECTION, PO BOX 5055, White Plains, NY 10602-5055 |
| 514477307 | + | TRIBUTE/FBOD, PO BOX 105555, Atlanta, GA 30348-5555 |
| 514477308 | + | TrueGreen Co, 117 Corporate Blvd., South Plainfield, NJ 07080-2409 |
| 514477309 | | UNIVERSITY BEHAVIORAL HEALTHCARE, DEPARTMENT 523, PO BOX 11679, Newark, NJ 07101-4679 |
| 514477313 | + | US Asset Management INC, 700 LONGWATER DRIVE, Norwell, MA 02061-1624 |
| 514477312 | | University Radiology Group, PC, PO BOX 1075, East Brunswick, NJ 08816-1075 |
| 514477314 | + | VERIZON, PO BOX 11325, Saint Petersburg, FL 33733-1325 |
| 514477318 | + | WYSE FINANCIAL SERVICES, INC, 3410 S GALENA ST., #250, Denver, CO 80231-5580 |
| 514477317 | + | William W. Seigal & Associates, 7 Penn Plaza, Suite 1500, New York, NY 10001-3922 |
| 514477319 | + | Zahra J Abdi, MD PA, 100 Dey Place, Edison, NJ 08817-3700 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 14-10843-MBK    Doc 79    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 153 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | Chase Record Center, 700 Kansas Lane, Monroe, LA 71203 |
| 514477180 | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | Mar 11 2021 20:53:00 | ACCOUNT CONTROL TECHNOLOGY, 6918 OWENSMOUTH AVE, PO BOX 8012, DEPT. 881819-NTC3, Canoga Park, CA 91309-8012 |
| 514477184 | + EDI: PHINAMERI.COM | Mar 12 2021 01:28:00 | AMERICREDIT FINANCIAL, 1975 SOUTH PRICE RD, Chandler, AZ 85286-6605 |
| 514477187 | EDI: ACCE.COM | Mar 12 2021 01:28:00 | ASSET ACCEPTANCE CAPITAL CORP., PO BOX 2036, Warren, MI 48090-2036 |
| 514493649 | EDI: AIS.COM | Mar 12 2021 01:28:00 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 514568294 | EDI: AIS.COM | Mar 12 2021 01:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 514477183 | + EDI: RMCB.COM | Mar 12 2021 01:28:00 | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 514477188 | EDI: BANKAMER.COM | Mar 12 2021 01:28:00 | BANK OF AMERICA, PO BOX 982235, El Paso, TX 79998 |
| 514477194 | + Email/Text: bcwrtoff@cablevision.com | Mar 11 2021 20:53:00 | CABLEVISION, 6 CORPORATE CENTER DRIVE, Melville, NY 11747-3845 |
| 514477197 | + EDI: LCITDAUTO | Mar 12 2021 01:28:00 | CHRYSLER FINANCIAL, 1 BLUE HILL PLAZA, SUITE 15, Pearl River, NY 10965 |
| 514477198 | + EDI: CINGMIDLAND.COM | Mar 12 2021 01:28:00 | CINGULAR WIRELESS, 9020 N. MAY AVE, #250-NYC, Oklahoma City, OK 73120-4406 |
| 514477203 | EDI: CCS.COM | Mar 12 2021 01:28:00 | CREDIT COLLECTION SERVICES, PO BOX 9134, Needham Heights, MA 02494-9134 |
| 514477206 | + EDI: NAVIENTFKASMDOE.COM | Mar 12 2021 01:28:00 | DEPT OF EDUCATION/SALLIE MAE, PO BOX 9635, Wilkes Barre, PA 18773-9635 |
| 514477208 | + Email/Text: bankruptcynotices@devry.edu | Mar 11 2021 20:53:00 | DEVRY UNIVERSITY, ONE TOWER LANE, SUITE 1160, OAKBROOK TERRACE, IL 60181-4625 |
| 514477216 | + Email/Text: bankruptcy@fncbinc.com | Mar 11 2021 20:50:00 | FIRST NATIONAL COLLECTION BUREAU, INC, 610 WALTHAM WAY, Sparks, NV 89437-6695 |
| 514477217 | + EDI: AMINFOFP.COM | Mar 12 2021 01:28:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, Sioux Falls, SD 57104-4868 |
| 514477220 | + EDI: FORD.COM | Mar 12 2021 01:28:00 | FORD MOTOR CREDIT, PO BOX 54200, Omaha, NE 68154-8000 |
| 514477219 | + EDI: FORD.COM | Mar 12 2021 01:28:00 | FORD MOTOR CREDIT, PO BOX 542000, Omaha, NE 68154-8000 |
| 514477218 | + EDI: AMINFOFP.COM | Mar 12 2021 01:28:00 | First Premiere Bank, 601 S MINNESOTA AVE, Sioux Falls, SD 57104-4824 |
| 514477222 | EDI: RMSC.COM | Mar 12 2021 01:28:00 | GE MONEY BANK, PO BOX 981127, El Paso, TX 79998-1127 |
| 514477224 | + EDI: RMSC.COM | Mar 12 2021 01:28:00 | GERCB/CARE CREDIT, C/O PO BOX 965036, Orlando, FL 32896-0001 |

Case 14-10843-MBK    Doc 79    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc Imaged
                                Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 153 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 514477225 | + | EDI: PHINAMERI.COM | Mar 12 2021 01:28:00 | GM FINANCIAL, PO BOX 181145, Arlington, TX 76096-1145 |
| 514477227 | + | EDI: HFC.COM | Mar 12 2021 01:28:00 | HSBC BANK, PO BOX 5253, Carol Stream, IL 60197-5253 |
| 514477228 | + | EDI: IIC9.COM | Mar 12 2021 01:28:00 | IC SYSTEM INC, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 514477232 | | Email/Text: collections@jeffersonassociates.com | Mar 11 2021 20:52:00 | JEFFERSON ASSOCIATES, 3 CORAL STREET, Edison, NJ 08837-3242 |
| 514477233 | | EDI: JEFFERSONCAP.COM | Mar 12 2021 01:28:00 | JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND RD, Saint Cloud, MN 56303 |
| 514494974 | | EDI: JEFFERSONCAP.COM | Mar 12 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 514477276 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | PROVIDIAN FINANCIAL, 201 MISSION ST, San Francisco, CA 94105-1831 |
| 514477315 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | WASHINGTON MUTUAL BANK, 270 BROADWAY, FRNT A, New York, NY 10007 |
| 514477196 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | CHASE, PO BOX 24696, Columbus, OH 43224 |
| 514477239 | + | EDI: PHINAMERI.COM | Mar 12 2021 01:28:00 | LONG BEACH ACCEPTANCE, 801 CHERRY ST, STE 3900, Fort Worth, TX 76102-6839 |
| 514477252 | + | EDI: MID8.COM | Mar 12 2021 01:28:00 | MIDLAND CREDIT MANAGEMENT, 8875 AERO DR, San Diego, CA 92123-2255 |
| 514477254 | + | EDI: AISMIDFIRST | Mar 12 2021 01:28:00 | MIDLAND MTG/MIDFIRST, PO BOX 268959, Oklahoma City, OK 73126-8959 |
| 514787061 | + | EDI: AISMIDFIRST | Mar 12 2021 01:28:00 | MidFirst Bank, Attn: Bankruptcy Dept., 999 NW Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 514995959 | + | EDI: AISMIDFIRST | Mar 12 2021 01:28:00 | Midland Mortgage aka Midfirst Bank, Attn: Bankruptcy Dept, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 514477260 | + | Email/Text: cedwards@ncsplus.com | Mar 11 2021 20:51:00 | NATIONAL CREDIT SYSTEM, 117 E 24TH ST, 5TH FL, New York, NY 10010-2937 |
| 514477263 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 11 2021 22:19:16 | NEW CENTURY FINANCIAL SERVICES, 110 SOUTH JEFFERSON ROAD, SUITE 104, Whippany, NJ 07981-1038 |
| 514895517 | | EDI: NAVIENTFKASMSERV.COM | Mar 12 2021 01:28:00 | Navient Solutions Inc., Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 514477274 | | EDI: PRA.COM | Mar 12 2021 01:28:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, STE 100, Norfolk, VA 23502 |
| 514739881 | + | Email/Text: csidl@sbcglobal.net | Mar 11 2021 20:52:00 | Premier BankCard/Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 514477279 | + | Email/Text: BKMailbox@QVC.com | Mar 11 2021 20:50:00 | QVC, 1200 WILSON DR, West Chester, PA 19380-4262 |
| 514477287 | + | Email/Text: bankruptcy@savit.com | Mar 11 2021 20:53:00 | SA-VIT ENTERPRISES, 46 W FERRIS ST, East Brunswick, NJ 08816-2159 |
| 514477290 | + | EDI: NAVIENTFKASMSERV.COM | Mar 12 2021 01:28:00 | SALLIE MAE, 11100 USA PKWY, Fishers, IN 46037-9203 |
| 514477295 | + | Email/Text: DeftBkr@santander.us | Mar 11 2021 20:52:00 | SOVEREIGN BANK, PO BOX 12646, Reading, PA 19612-2646 |
| 514538238 | | EDI: AISSPRINT | Mar 12 2021 01:28:00 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 153 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 514477297 | | EDI: AISSPRINT | Mar 12 2021 01:28:00 | Sprint, PO BOX 7993, Overland Park, KS 66207-0993 |
| 514477289 | | EDI: NAVIENTFKASMSERV.COM | Mar 12 2021 01:28:00 | Sallie Mae, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 514477288 | + | EDI: NAVIENTFKASMSERV.COM | Mar 12 2021 01:28:00 | Sallie Mae, 11100 USAA PKWY, Fishers, IN 46037-9203 |
| 514477294 | | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Sears Credit Cards, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 514477298 | | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Mar 11 2021 20:52:00 | State Farm, Insurance Support Center, PO BOX 588002, North Metro, GA 30029-8002 |
| 514477304 | | EDI: AISTMBL.COM | Mar 12 2021 01:28:00 | T-Mobile Customer Relations, PO BOX 37380, Albuquerque, NM 87176-7380 |
| 514477305 | | EDI: TDBANKNORTH.COM | Mar 12 2021 01:28:00 | TD Bank, N.A., PO BOX 1377, Lewiston, ME 04243-1377 |
| 514477310 | + | Email/Text: External.Collections@phoenix.edu | Mar 11 2021 20:53:00 | UNIVERSITY OF PHOENIX, 4615 E ELWOOD ST FL 3, Phoenix, AZ 85040-1950 |
| 514477316 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo, PO BOX 348750, Sacramento, CA 95834-8750 |
| 514786041 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |
| 514783857 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo Bank, PO Box 63491 MAC A0143-042, San Francisco, CA 94163-0001 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, NA |
| 514477236 | | KB&T |
| 514477311 | | University Radiology |
| 514477283 | * | REMEX, INC, 307 WALL ST, Princeton, NJ 08540-1515 |
| 514477195 | ## | CCA, PO BOX 5012, Norwell, MA 02061-5012 |
| 514477240 | ##+ | MALCOM S. GERALD AND ASSOCIATES, INC., 332 South Michigan Ave, Suite 600, Chicago, IL 60604-4318 |
| 514477257 | ## | MONARCH RECOVERY MANAGEMENT, INC, 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 514477265 | ##+ | New Jersey American Water, 10 25 Laurel Oak Road, Voorhees, NJ 08043-3506 |

TOTAL: 3 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021        Signature:     /s/Joseph Speetjens

Case 14-10843-MBK    Doc 79    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 153 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas G. Mitchell | on behalf of Debtor Keyarrow A Davis douglas@lawyermitchell.com  g18162@notify.cincompass.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |

TOTAL: 7